IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 21  P 2: 53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| CURTIS RICARDO GORDON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. L-01-3865 |
| | : | CRIMINAL NO. L-96-3865 |
| UNITED STATES OF AMERICA | : | |

..oOo..

### O R D E R

In accordance with the foregoing Memorandum, IT IS this 21st day of December, 2001, hereby ORDERED that:

1. This 28 U.S.C. § 2255 motion to vacate, set aside or correct a sentence IS DENIED AND DISMISSED WITH PREJUDICE;

2. The Clerk of the Court shall CLOSE Civil Action No. L-01-3865;

3. The Clerk of the Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to the petitioner and to Assistant United States Attorney John Francis Purcell, Jr.

_____
Benson Everett Legg
United States District Judge